McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2799

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CV-00427-LJO-EPG |
|---|---|
| Plaintiff, | UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS AND CONTINUANCE OF SCHEDULING CONFEITENCE; ORDER THEREON |
| v. | |
| APPROXIMATELY $7,800.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States submits the following Request to Extend the Deadline to file a Joint Status Report from July 11, 2019 to September 9, 2019.

**Introduction**

On April 3, 2019, the United States filed a civil forfeiture complaint *in rem* against the above-captioned currency ("defendant currency"), based on its involvement in federal drug law violations. The United States has served all known potential claimants to the defendant currency in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on April 10, 2019, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Proof of service by publication was filed with the Court on May 10, 2019.

1

United States' Request to Extend the
Deadline to Submit a Joint Status Report
from July 11, 2019 to September 9, 2019

On July 10, 2019, the United States filed a request for clerk's default as to Siep San.

## **Good Cause**

The United States has served all potential claimants pursuant to law, including providing the complaint and other documents to potential claimants Siep San and Thomas Godwin via certified and first class mail, as well as personal service. Siep San and Thomas Godwin were identified on the parcel that was seized by law enforcement based on its connection to suspected federal crimes. Siep San's and Thomas Godwin's time to file a claim has expired. A request for clerk's default was filed with the court against Siep San.

The United States currently holds the belief that at least one of these individuals may be fictitious and, accordingly, is conducting additional investigation that will support its default judgment to close the case. The additional time requested will allow for a fully supported motion for default judgment against those individuals who were identified on the package but did not file a claim after receiving the complaint documents.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report to September 9, 2019 (or to another date the Court deems appropriate).

Thus, good cause exists to extend the deadline to file a joint status report in this case from July 11, 2019 to September 9, 2019, or to a date the Court deems appropriate.

Respectfully submitted,

Dated: July 10, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

///
///
///
///
///
///

2

United States' Request to Extend the
Deadline to Submit a Joint Status Report
from July 11, 2019 to September 9, 2019

**ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on July 11, 2019 is extended to September 12, 2019. The Mandatory Scheduling Conference is continued from July 18, 2019 to September 19, 2019, at 10:30 am. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: **July 12, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE