McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2799

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $7,800.00 IN U.S. CURRENCY,<br><br>                 Defendant. | CASE NO. 1:19-CV-00427-LJO-EPG<br><br>ORDER EXTENDING THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM SEPTEMBER 12, 2019 TO OCTOBER 16, 2019 |

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a Joint Status Report currently due on September 12, 2019 is extended to October 16, 2019. The Mandatory Scheduling Conference is continued from September 19, 2019 to October 23, 2019, at 10:30 a.m.

IT IS SO ORDERED.

Dated: __**September 12, 2019**__        /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE