UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>APPROXIMATELY $7,800.00 IN U.S. CURRENCY,<br><br>    Defendants. | No. 1:19-cv-00427-NONE-EPG<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S EX PARTE APPLICATION FOR DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE BE GRANTED</u><br><br>(Doc. No. 18) |

    Plaintiff, the United States of America ("Plaintiff") filed this in rem civil forfeiture action against approximately $7,800.00 in U.S. currency pursuant to 21 U.S.C. § 881(a)(6). (Doc. No. 1.)

    On September 12, 2019, plaintiff filed a motion for default judgment against two individuals with potential property interests in the currency—Siep San and Thomas Godwin—and for entry of a final judgment of forfeiture vesting in the United States all right, title, and interest in the defendant currency. (Doc. No. 18.) There has been no response filed to the complaint or to plaintiff's motion for default judgment.

    On February 18, 2020, the assigned magistrate judge issued findings and recommendations recommending that: (1) plaintiff's motion for default judgment against the

interests of Siep San and Thomas Godwin be granted and a default judgment against Siep San and Thomas Godwin be entered, (ECF No. 18); (2) plaintiff's motion for an entry of final judgment of forfeiture pursuant to 21 U.S.C. 881(a)(6) be granted; (3) the court enter a final judgment of forfeiture pursuant to 21 U.S.C. § 881(a)(6), forfeiting all right, title, and interest in the defendant currency to the United States; and (4) the Clerk of Court be instructed to close this case." (Doc. No. 24, p. 13.)

The findings and recommendations provided that any written objections thereto were to be filed within thirty days of their issuance. No objections were filed and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(b) and Local Rule 304, this court has conducted a de novo review of this matter. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis. As the findings and recommendations indicate, the proper notice has been given under the Federal Rules of Civil Procedure Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions (Supplemental Rules). In addition, pursuant to the Supplemental Rules, the complaint sufficiently states grounds for jurisdiction and venue, describes the property being forfeited, identifies the statute under which the forfeiture action is brought, and includes sufficient factual detail to support a reasonable belief that plaintiff will be able to meet its burden at trial. Supp. R. G(2). Furthermore, the uncontroverted evidence before the court provides a sufficient nexus between the subject currency and violations related to controlled substances or listed chemicals.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on February 18, 2020 are ADOPTED in full (Doc. No. 24);
2. Plaintiff's motion for default judgment against the interests of Siep San and Thomas Godwin is GRANTED (Doc. No. 18.);
3. A default judgment against the interests of Siep San and Thomas Godwin will be entered in accordance with this order.

4. Plaintiff's motion for an entry of final judgment of forfeiture pursuant to 21 U.S.C. § 881(a)(6) is GRANTED. (Doc. No. 18);

5. The Clerk of Court is directed to enter final judgment of forfeiture in accordance with this order forfeiting all right, title, and interest in the defendant currency to the United States; and

6. The Clerk of Court is further DIRECTED to assign a district judge to this matter for the purposes of closure and to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: **March 20, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE